IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:92-CR-261

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER WARREN ROACH, | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the hearing of April 18, 2013 and the Notice of Joint Recommendation filed on May 22, 2013, the Court approves and adopts the joint recommendation.

IT IS THEREFORE ORDERED that, as stated in paragraphs 3 and 4 of the joint recommendation, the Defendant's supervised release be modified as follows:

The defendant shall submit to home detention, with electronic monitoring or other location verification system, for a period of up to 30 days at the direction of the U.S. Probation Officer. During this time, the defendant shall remain at his residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at the place of residence without any call forwarding, caller ID, call waiting, modems, answering machines, cordless telephones or other special services for the above period. The defendant may be required to wear an electronic device or submit to another location verification system and shall observe the rules specified by the Probation Officer.

Upon successful completion of the above-listed location monitoring condition, as determined by the U.S. Probation Officer, Defendant's term of supervised release shall be terminated.

IT IS SO ORDERED.

Signed: June 12, 2013

Graham C. Mullen
United States District Judge